ROBERT H. ROTSTEIN (SBN 72452)
  rxr@msk.com
EMILY F. EVITT (SBN 261491)
  efe@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone:  (310) 312-2000
Facsimile:   (310) 312-3100

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISNEY ENTERPRISES INC., a Delaware corporation; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, a Delaware limited liability limited partnership,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>66STAGE.COM, a business entity of unknown form; and NASRI FAICAL, an individual, d/b/a 66STAGE.COM,<br><br>　　　　　Defendants. | CASE NO. CV 08-08482 RGK (FFMx)<br><br>The Honorable R. Gary Klausner<br><br>[~~PROPOSED~~] **RENEWAL OF JUDGMENT BY CLERK** |

Based upon the application of Judgment Creditors Disney Enterprises, Inc. and Universal City Studios Productions LLLP, for renewal of the Judgment entered on August 5, 2010 against Nasri Faical and 66stage.com [Dkt Entry No. 29], and pursuant to Fed. R. Civ. P. 69(a) and California Code of Civil Procedure Section 683.110, et seq., and good cause appearing therefore,

RENEWAL OF JUDGMENT IS HEREBY ENTERED in accordance with the amounts set forth below:

| **Description** | **Amount** |
| --- | --- |
| Original Total Judgment: | $500,000.00 |
| Costs after Judgment: | $0.00 |
| Credits: | $0.00 |
| Interest after judgment: | $0.00 |
| Fee for filing application for renewal: | $0.00 |
| **Total Renewed Judgment:** | **$500,000.00** |

All other non-monetary aspects of the Judgment shall remain the same.

DATED: 08/10/2020          CLERK, by /s/ Jennylam
                                                        Deputy